IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR HOME CARE & HOSPICE,<br><br>*Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA,<br>*In His Official Capacity as Secretary of Health and Human Services*,<br><br>*Defendant*. | Civil Action No. 1:23-cv-01942-TNM |

**PLAINTIFF NATIONAL ASSOCIATION FOR HOME CARE & HOSPICE'S
MOTION FOR SUMMARY JUDGMENT**

The National Association for Home Care & Hospice moves for summary judgment pursuant to Federal Rule of Civil Procedure 56(a) on its challenge to the final rule published by the Centers for Medicare & Medicaid Services at 87 Fed. Reg. 66,790 (Nov. 4, 2022), based on the Bipartisan Budget Act of 2018 and the Administrative Procedure Act. This motion is supported by the accompanying memorandum of points and authorities, the administrative record lodged in this case, and a proposed order.

Date: November 10, 2023

                                                                             Respectfully submitted,

                                                                             */s/ Mark D. Polston*
                                                                             Mark D. Polston
                                                                             D.C. Bar No. 431233
                                                                             Ashley C. Parrish
                                                                             D.C. Bar No. 464683
                                                                             Amy R. Upshaw
                                                                             D.C. Bar No. 888156455
                                                                             KING & SPALDING LLP

1700 Pennsylvania Avenue NW
Washington, D.C. 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
mpolston@kslaw.com
aparrish@kslaw.com
aupshaw@kslaw.com

William A. Dombi
D.C. Bar No. 445832
Center for Health Care Law
228 Seventh Street SE
Washington, D.C. 20003
Telephone: (202) 547-5262
Facsimile: (202) 547-3140
wad@nahc.org

*Attorneys for Plaintiff National Association for Home Care & Hospice*