IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR HOME CARE & HOSPICE,<br><br>Plaintiff,<br><br>v.<br><br>XAVIER BECERRA,<br>*In His Official Capacity as Secretary of Health and Human Services*,<br><br>Defendant. | Civil Action No. 1:23-cv-01942-TNM |

**DECLARATION OF CARRIE EDWARDS
IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Carrie Edwards, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the Director of Home Care at Home Health Services of Mary Lanning Healthcare in Hastings, Nebraska. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Mary Lanning Healthcare is a member of the National Association for Home Care & Hospice, the plaintiff in this action.

3. Mary Lanning Healthcare is a nonprofit provider of Medicare home health services in and around Hastings, Nebraska. It has been providing high quality home health services to patients for more than 51 years.

4. Mary Lanning Healthcare's Home Care Division has 39 employees.

5. The Centers for Medicare & Medicaid Services (CMS) pays Mary Lanning Healthcare for the services it provides to patients when those patients are covered by Medicare.

6. Under the previous payment model, Mary Lanning Healthcare Home Health division received $877,533 in Medicare revenues in 2019.

7. Mary Lanning Healthcare has long provided high-quality home health services to its patients. When Congress directed CMS to change to a new payment model, Mary Lanning Healthcare was reassured that Congress had directed CMS to ensure that total payment expenditures would not change as a result of the shift to the new payment model. Mary Lanning Healthcare did not make any significant changes in services in response to the change in payment methodology directed by Congress.

8. Mary Lanning Healthcare is concerned, however, because CMS has not complied with the statutory requirements, and the agency's failure to comply has caused substantial and ongoing harm to Mary Lanning Healthcare's business and its ability to provide patients the home health services they need. Because CMS has not adjusted the payment amounts as directed by Congress, Mary Lanning Healthcare has had to face dramatic payment cuts and will continue to do so until CMS's unlawful pay cuts are set aside.

9. Under the payment cuts imposed by CMS, Mary Lanning Healthcare is projected to receive only $559,736 in 2023.

10. As a result of CMS's payment cuts, Mary Lanning Healthcare has been forced to reduce its service area, eliminate on-call availability after 4:30 p.m. on weekends and holidays, and reduce the number of staff employed.

11. In addition, because of CMS's payment cuts, Mary Lanning Healthcare has been unable to serve the same number of patients. Its average daily census of patients plummeted from 88 in 2020 to just 45 through June 2023 because of its inability to continue the level of service it was able to provide under the previous payment model.

12. Because of CMS's payment cuts, Mary Lanning Healthcare has had to consider closing its agency after operating for 51 years, which would require laying off workers and depriving patients of essential services.

13. In fact, within the last few weeks, Mary Lanning Healthcare has announced that it will need to sell its Home Care division, jeopardizing the jobs of its employees and the home care services it provides to Nebraskans near Hastings.

14. In August 2023, Mary Lanning Healthcare presented its legal claims and objections to CMS's payment cuts in the form of a Request for Redetermination for claim number 22315300215607 regarding service dates of 4/40/2023 to 5/29/2023. Mary Lanning Healthcare submitted the Request for Redetermination to CMS's Medicare Administrative Contractor, asserting that the payment amounts paid for these services are unlawful because they were determined in violation of 42 U.S.C. § 1395fff.

15. Neither CMS nor the Medicare Administrative Contractor has responded to the Request for Redetermination.

16. The Medicare Administrative Contractor and all other administrative adjudicators within the Medicare claims appeal process are required by law to follow CMS's home health payment rates and, therefore, have no legal authority to set aside the payment rate cuts adopted by CMS. *See* 42 C.F.R. § 405.1063. Further exhaustion of the Secretary's administrative review process by Mary Lanning Healthcare or any other member of the National Association for Home Care & Hospice is therefore futile.

I declare under penalty of perjury that the foregoing is true and correct:

_Carrie Edwards_

Executed on November 8, 2023