IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR<br>HOME CARE & HOSPICE,<br><br>    Plaintiff,<br><br>v.<br><br>XAVIER BECERRA,<br>*In His Official Capacity as Secretary<br>of Health and Human Services*,<br><br>    Defendant. | Civil Action No. 1:23-cv-01942-TNM |

**DECLARATION OF KEN ALBERT**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Ken Albert, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the President and CEO at Androscoggin Home Healthcare + Hospice.

2. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

3. Androscoggin is a member of the National Association for Home Care & Hospice, the plaintiff in this action.

4. Androscoggin is a nonprofit provider of Medicare home health services to residents in Maine. Androscoggin is the largest provider of home health services in Maine, and it is the only provider serving certain rural areas in Maine.

5. The Centers for Medicare & Medicaid Services (CMS) pays Androscoggin for the services it provides to patients when those patients are covered by Medicare.

6. Under the previous payment model, in 2019, Androscoggin received $9,797,468 in Medicare revenues.

7. Androscoggin has long provided high-quality home health services to Maine residents. When Congress enacted the Bipartisan Budget Act in 2018 and directed CMS to change its payment model, Androscoggin was reassured that Congress had directed CMS to ensure that total payment expenditures would remain the same in the face of a shift to a new payment model. Relying on the statutory requirements, Androscoggin did not make any significant changes in services in response to the change in payment methodology directed by Congress.

8. Androscoggin is concerned that CMS's final rule violates the statutory requirements. CMS's failure to comply with the statutory requirements has caused substantial and ongoing harm to Androscoggin's business and its ability to provide patients the home health services they need. Because CMS has not adjusted the payment amounts as Congress provided, Androscoggin has had to face dramatic payment cuts.

9. Under the payment cuts imposed by CMS, Androscoggin is projected to receive only $6,564,259 in 2023.

10. As a result of CMS's payment cuts, Androscoggin has reduced its service area, leaving residents in rural regions of the state without home health services as a care option.

11. In addition to eliminating service areas, Androscoggin has been forced to reduce in-person patient visits, cap patient admissions to 65% of those referred for services, significantly reduce wound management services and telehealth services, and eliminate Medicaid long term home health to chronic care patients.

12. CMS's final rule reducing home health care payments in 2023 imposes ongoing and irreparable harm on Androscoggin, including forcing Androscoggin to further reduce its ability to provide services in certain areas in Maine and eliminate its remote patient monitoring supports. The reduced payment rates also create substantial effects on profits, reputation, goodwill, and

relationships with patients and employees. This harm is impossible to precisely predict or quantify, would not be fully remediable by money damages.

13. For 2023, Androscoggin projects a financial deficit of $2,648,000 in Medicare home health services despite having well-below average overhead costs. Androscoggin had not experienced organizational deficits in the previous decade.

14. By the end of 2023, Androscoggin will be weighing whether it is able to continue providing pediatric home health services in light of its budget deficits. Androscoggin currently serves approximately 550 pediatric patients. There is only one other home health service provider in Maine who does pediatric work, and our service areas overlap only slightly.

15. On June 28, 2023, Androscoggin Home Healthcare + Hospice presented its legal claims and objections to CMS's payment cuts in the form of a Request for Redetermination for claim number 22309300281 regarding service dates of 3/1/2023 to 3/31/2023. The Request for Redetermination was submitted to CMS's Medicare Administrative Contractor and asserts that the payment amounts paid for these services are unlawful because they were determined in violation of 42 U.S.C. § 1395fff.

16. That Request for Redetermination was denied.

17. No administrative body has authority to rule in Androscoggin's favor, even though Androscoggin is correct on the law. *See* 42 C.F.R. § 405.1063. Further exhaustion of the Secretary's administrative review process is therefore futile.

18. The Medicare Administrative Contractor and all other administrative adjudicators within the Medicare claims appeal process are required by law to follow CMS's home health payment rates and, therefore, have no legal authority to set aside the payment rate cuts adopted by CMS. *See* 42 C.F.R. § 45.1063. Further exhaustion of the Secretary's administrative review

process by Androscoggin or any other member of the National Association for Home Care & Hospice is therefore futile.

I declare under penalty of perjury that the foregoing is true and correct:

_Ken Albert_
Ken Albert

Executed on November 9, 2023