IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR<br>HOME CARE & HOSPICE,<br><br>    *Plaintiff*,<br><br>    v.<br><br>XAVIER BECERRA,<br>*In His Official Capacity as Secretary<br>of Health and Human Services*,<br><br>    *Defendant*. | Civil Action No. 1:23-cv-01942-TNM |

**[PROPOSED] ORDER GRANTING
NATIONAL ASSOCIATION FOR HOME CARE & HOSPICE'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

    Having considered Plaintiff National Association for Home Care & Hospice's motion for summary judgment, all oppositions and replies thereto, and the administrative record, the Court grants the motion. It is hereby

    **ORDERED** that Plaintiff's Motion for Summary Judgment is GRANTED; and it is also

    **ORDERED** that the CY 2023 Rule promulgated at 87 Fed. Reg. 66,790 (Nov. 4, 2022) is hereby VACATED.

    **SO ORDERED**.

    Dated this _____ day of _____, 2024.

_____
The Honorable Trevor N. McFadden
United States District Judge