IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR HOME CARE & HOSPICE,<br><br>*Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services,<br><br>*Defendant*. | No. 1:23-cv-1942 (TNM) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT AND CROSS-MOTION TO DISMISS
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Rules 12(b)(1) and 56 of the Federal Rules of Civil Procedure, Defendant Xavier Becerra, in his official capacity as Secretary of Health and Human Services, opposes Plaintiff's motion for summary judgment and hereby cross-moves the Court to dismiss Plaintiff's complaint or, in the alternative, grant summary judgment in Defendant's favor. The grounds supporting this motion are set forth in the accompanying memorandum of points and authorities. In accordance with the Local Rules, this motion is accompanied by a proposed order.

Dated: December 15, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Director

1

*/s/ Chetan A. Patil*
JOHN T. LEWIS (D.C. Bar No. 1033826)
CHETAN A. PATIL (D.C. Bar No. 999948)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 305-4968
Fax: (202) 616-8460
E-mail: chetan.patil@usdoj.gov

*Attorneys for Defendant*
