IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR HOME CARE & HOSPICE,<br><br>*Plaintiff*,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Secretary of Health and Human Services,<br><br>*Defendant*. | No. 1:23-cv-1942 (TNM) |

### [PROPOSED] ORDER

Upon consideration of Defendant's Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion to Dismiss or, in the alternative, for Summary Judgment, the opposition and replies thereto, and the entire record herein, it is hereby ORDERED that Plaintiff's Motion is DENIED and Defendant's Motion is GRANTED.

SO ORDERED this ___ day of _____, 2024

                                                               _____
                                                               Honorable Trevor N. McFadden
                                                               United States District Judge