UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR HOME CARE & HOSPICE**,<br><br>Plaintiff,<br><br>v.<br><br>**XAVIER BECERRA**, in his official capacity as Secretary of Health & Human Services,<br><br>Defendant. | Case No. 1:23-cv-01942 (TNM) |

**ORDER**

Upon consideration of Plaintiff's Motion for Summary Judgment, ECF No. 15, Defendant's Cross-Motion for Summary Judgment, ECF No. 18, the pleadings, and the relevant law, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment is DENIED; and it is further

**ORDERED** that Defendant's Cross-Motion for Summary Judgment is GRANTED to the extent discussed in the accompanying Memorandum Opinion.

The Clerk of Court is requested to close this case. This is a final, appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Dated: April 26, 2024

TREVOR N. McFADDEN, U.S.D.J.